AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br>Domonique Octvia Byers<br><br>*Defendant* | )<br>)  Case No.  3:25-cr-7<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Domonique Octvia BYERS                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance
Aiding and Abetting

Date:    01/08/2025                                    /s/ Bre Estrella Solberg Luedtke
                                                                        *Issuing officer's signature*

City and state:    Fargo, ND                        Bre Estrella Solberg Luedtke, Deputy Clerk
                                                                        *Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                                                        *Arresting officer's signature*

                                                                        *Printed name and title*